**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. § 1716 *et seq*, | |
| Plaintiff, | No. 1:26-cv-11274 |
| v. | Hon. Jonathan J.C. Grey |
| East Jefferson LLC, a Michigan limited liability company, | |
| Defendant. | |

**ORDER ADMINISTRATIVELY STAYING CASE**

This matter is before the Court on Plaintiff Federal National Mortgage Association's ("Fannie Mae") Motion for Entry of Order Administratively Staying Case (ECF No. 11). On April 17, 2026, Fannie Mae filed its Verified Complaint for Enforcement of Mortgage, Including Assignment of Rents, Appointment of Receiver and Other Relief (the "Complaint," at ECF No. 1), seeking to enforce the terms of its mortgage and the assignment of leases and rents, and for the appointment of a receiver over property located at 8905 E. Jefferson Ave., Detroit Michigan 48214; 8925 E. Jefferson Ave., Detroit Michigan

48214; and 1050 Hibbard Street, Detroit, Michigan 48214 (collectively, the "Property"). That same day (April 17, 2026), Fannie Mae filed a Motion for Appointment of Receiver and for Preliminary Relief (the "Receiver Motion," at ECF No. 2). On April 24, 2026, pursuant to the Receiver Motion, and after hearing on same, the Court entered an Order Appointing Receiver and Other Relief (the "Receiver Order," at ECF No. 9), taking exclusive jurisdiction over the Receivership Property and appointing Sal Thomas of Tarantino Properties as the Receiver (the "Receiver"). (*Id.*, at 2.)

Fannie Mae has recorded a Statutory Notice of Default in Terms and Conditions of Mortgage ("Statutory Notice of Foreclosure"), and will enforce its rights accordingly. Fannie Mae contemplates that the Receiver will continue to manage and preserve the Property in accordance with its duties set forth in the Receiver Order while the case is administratively stayed.

Fannie Mae submits that there is good cause to administratively stay this case.

The Court is otherwise fully apprised in the premises:

**IT IS HEREBY ORDERED** that Fannie Mae's motion for entry of order administratively staying this case (ECF No. 11) is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that this case is placed into stay status pending further order of the Court.

**IT IS HEREBY FURTHER ORDERED** that, notwithstanding the foregoing, the Order Appointing Receiver and Other Relief dated April 24, 2026 (the "Receiver Order," at ECF No. 9) remains in full force and effect and unmodified, and the Receiver shall perform his duties and responsibilities under the Receiver Order.

**IT IS HEREBY FURTHER ORDERED** that nothing in this Order shall prohibit the Parties from petitioning the Court for relief or direction as they deem necessary while this matter is stayed.

**IT IS HEREBY FURTHER ORDERED** that if this case has not been closed by July 31, 2027, the parties shall notify the Court of the need to schedule a status conference.

**IT IS SO ORDERED.**

Date: September 16, 2026

**s/Jonathan J.C. Grey**
Hon. Jonathan J.C. Grey
United States District Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 16, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager